IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **ROBERT STEVEN JOYCE,** | Civil Action No. 7:14-cv-00348 |
| Petitioner, | |
| | **ORDER** |
| v. | |
| | By: Norman K. Moon |
| **WARDEN RANDALL MATHENA,** | United States District Judge |
| Respondent. | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that respondent's motion to dismiss (docket no. 7) is **GRANTED**; the above-referenced 28 U.S.C. § 2254 petition is **DISMISSED**; and this action is **STRICKEN** from the court's active docket.

Furthermore, finding that Joyce has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner and all counsel of record.

ENTER: This __25th__ day of June, 2015

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE