UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-7331
(7:14-cv-00348-NKM-RSB)
_____

ROBERT STEVEN JOYCE

      Petitioner - Appellant

v.

WARDEN RANDALL MATHENA

      Respondent - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered 02/25/2016, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*